**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-cv-62941-MIDDLEBROOKS

BRYAN GEOVANNY RAMOS GONZALEZ,

Petitioner,

v.

U. S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

Defendants.
_______________________________________/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE comes before the Court on Magistrate Judge Hunt's Report and Recommendations ("Report"), issued on November 10, 2026. (DE 11). The Report recommends denying as moot Petitioner Bryan Geovanny Ramos Gonzalez's Petition for Writ of Habeas Corpus. No objections to the Report were filed.

I have conducted a *de novo* review of the Report, applicable law, and the record as a whole. Upon review, I agree with Magistrate Judge Hunt's conclusion that Mr. Gonzalez's Petition should be denied as moot. Accordingly, it is **ORDERED AND ADJUDGED** that:

1) Magistrate Judge Hunt's Report (DE 11) is hereby **ADOPTED**.

2) The Petition (DE 1) is **DENIED AS MOOT.**

3) The Clerk shall **CLOSE** this case and all pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 18 day of November, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE